IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN WILLIAMS | } | |
| Plaintiff, | } | |
| v. | } | CIVIL ACTION NO. H-03-4579 |
| GENIE INDUSTRIES, INC. AND SUNBELT RENTALS INC. D/B/A SUNBELT EQUIPMENT RENTALS, INC. | } | |
| Defendant. | } | |

## FINAL SUMMARY JUDGMENT

On this day, July 5, 2005, in the action pending between Plaintiff, John Williams and Defendants, Genie Industries, Inc. and Sunbelt Rentals, Inc., the court issued its Opinion on Summary Judgment that Plaintiff's claims must be dismissed as a matter of law and granting Defendants' Motion for Summary Judgment (Doc. 31), and the court hereby **ORDERS** that Plaintiff take nothing and that Defendants are awarded their costs.

SIGNED at Houston, Texas, this 5th day of July, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE